**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| National Brands Inc., | ) | No. CIV 05-2935-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Fireman's Fund Ins. Co., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal [Doc. No. 37]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation to Dismiss [Doc. No. 37] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter, including the Pretrial Conference set for April 4, 2007, are hereby **VACATED**.

DATED this 28th day of August, 2006.

Stephen M. McNamee
United States District Judge